# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0701, <u>In the Matter of Anders Hogblom and Jacqueline Hogblom</u>, the court on July 16, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The petitioner, Anders Hogblom, appeals a final decree by the Circuit Court (<u>Leonard</u>, J.) in his divorce from the respondent, Jacqueline Hogblom. He contends that the trial court erred by: (1) denying his request to annul the parties' eight-year marriage; (2) awarding the respondent approximately 7.8% of the net marital assets, <u>see</u> RSA 458:16-a (2004); and (3) awarding the respondent alimony of $2,200 a month for five years, <u>see</u> RSA 458:19 (Supp. 2014).

As the appealing party, the petitioner has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the petitioner's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the petitioner has not demonstrated reversible error. <u>See id.</u>

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**
